# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 12, 2015

Robert P. Young, Jr.,
Chief Justice

151623

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

In re SMITH, Minors.

SC: 151623
COA: 322685
Wayne CC Family Division:
07-472185-NA

_____/

On order of the Court, the application for leave to appeal the April 23, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2015



p0609

Clerk